UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BEST FLOORING, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-5-WTL-TAB |
| | ) | |
| M&I MARSHALL & ILSLEY BANK, | ) | |
| Defendant. | ) | |
| | ) | |

## ADOPTION

The Magistrate Judge submitted his Report and Recommendation on Defendant's motion to dismiss.  Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections.  The District Judge, having considered the Magistrate Judge's Report and Recommendation and any objections, approves and adopts the Magistrate Judge's Report and Recommendation.  Accordingly, Defendant's motion to dismiss [Docket No. 10] is granted.  However, Plaintiff is given fourteen days to amend its unjust enrichment, third-party beneficiary, and tortious interference with contract claims, provided that Plaintiff can do so appropriately and within the dictates of Rule 11's boundaries.  Plaintiff's bank control liability claim is dismissed with prejudice.

08/07/2012

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

Steven M. Badger
BOSE MCKINNEY & EVANS, LLP
sbadger@boselaw.com

Oni N. Harton
BOSE MCKINNEY & EVANS, LLP
oharton@boselaw.com

John K. McDavid
TUCKER/HESTER ,LLC
john@tucker-hester.com

Troy Michael Miller
BOSE MCKINNEY & EVANS, LLP
tmiller@boselaw.com

James P. Moloy
BOSE MCKINNEY & EVANS, LLP
jmoloy@boselaw.com